UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __09-3608__        Case Manager: __Michelle M. Davis__

Case Name: __City of Cleveland__ vs. __Ameriquest Mortgage Securities, et al.__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

__Goldman, Sachs & Co.__

☐ Appellant       ☐ Petitioner      ☐ Amicus Curiae     ☐ Criminal Justice
☒ Appellee        ☐ Respondent      ☐ Intervenor           Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __W. Stuart Dornette__           Admitted: __4/14/80__
                                        (Sixth Circuit admission date only)

Signature: __s/ william stuart dornette__

Firm Name: __Taft Stettinius & Hollister LLP__

Business Address: __425 Walnut Street__

Suite: __1800__       City/State/Zip: __Cincinnati, OH  45202__

Telephone Number: (Area Code) __(513) 357-9353__      Fax: __(513) 381-0205__

---

CERTIFICATE OF SERVICE

I certify that on __June 9, 2009__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __william stuart dornette__

---

6ca-68
3/09